```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------X    No.: 10-cv-00934 (MAD)(DEP)
VIRGINIA M. ELLIOTT, DEBORAH
KNOBLAUCH, JON FRANCIS, LAURA
RODGERS, and JOHN RIVAS,              PLAINTIFFS' NOTICE OF
individually and on behalf            UNOPPOSED MOTION FOR
of all others similarly situated      PRELIMINARY APPROVAL OF
                                      PROPOSED CLASS ACTION
                Plaintiffs,           SETTLEMENT

        -against-

LEATHERSTOCKING CORPORATION,


                Defendant.
---------------------------------X
```

Pursuant to FRCP Rule 23 the Plaintiffs, Virginia M. Elliott, Deborah Knoblauch, Jon Francis, and Laura Rodgers, will move this Honorable Court before District Judge Mae A. D'Agostino for an Order granting preliminary approval to the parties' proposed class action settlement of this case. As per Local Rule 7.1(b)(2) the date and time and place for this motion to be heard would be October 2, 2012 at 10:00 a.m. at the United States District Court in Albany, New York.

**This motion is unopposed and presented pursuant to the parties' stipulation of settlement submitted with this motion.**

Dated this 23rd day of August, 2012

       Leon Greenberg Professional Corporation

         By: /s/ *Leon Greenberg*
         Leon Greenberg, Esq.
         New York Bar No.:
         2965 South Jones Boulevard #E-4
         Las Vegas, Nevada 89146
         Tel (702) 383-6085
         Fax (702) 383-6085
         leongreenberg@overtimelaw.com
         Attorney for Plaintiffs