UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------X   No.: 10-cv-00934 (MAD)(DEP)
VIRGINIA M. ELLIOTT, DEBORAH
KNOBLAUCH, JON FRANCIS, LAURA
RODGERS, and JOHN RIVAS,
individually and on behalf              **NOTICE OF JOINT UNOPPOSED**
of all others similarly situated        **MOTION FOR FINAL APPROVAL**
                                        **OF PROPOSED CLASS ACTION**
                        Plaintiffs,     **SETTLEMENT**

          -against-

LEATHERSTOCKING CORPORATION,

                        Defendant.
---------------------------------X

      Pursuant to FRCP Rule 23 the Plaintiffs and Defendant will

move this Honorable Court before District Judge Mae A. D'Agostino

for an Order granting final approval to the parties' proposed

class action settlement of this case.  As per the Court's prior

Order of September 13, 2012, granting preliminary approval of

such settlement, Doc. 89, the date and time and place for this

motion to be heard would be November 28, 2012, at 10:00 a.m. at

the United States District Court in Albany, New York.

      **This motion is unopposed as no objections to the proposed**

**settlement have been filed in compliance with the Court's prior**

**Order of September 13, 2012, Doc. 89.**

Dated this 15th day of November, 2012

                        Leon Greenberg Attorney at Law

                        By: _/s/ Leon Greenberg___
                        Leon Greenberg, Esq.
                        2965 South Jones Boulevard #E-4
                        Las Vegas, Nevada 89146
                        Tel (702) 383-6085
                        Fax (702) 383-6085
                        leongreenberg@overtimelaw.com
                        Attorney for Plaintiffs