```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------X    No.: 10-cv-00934 (MAD)(DEP)
VIRGINIA M. ELLIOTT, DEBORAH
KNOBLAUCH, JON FRANCIS, LAURA
RODGERS, and JOHN RIVAS,
individually and on behalf             NOTICE OF UNOPPOSED
of all others similarly situated       MOTION FOR AWARD OF
                                       ATTORNEY'S FEES AND
                Plaintiffs,            REIMBURSEMENT OF EXPENSES

        -against-

LEATHERSTOCKING CORPORATION,

                Defendant.
----------------------------------X
```

Pursuant to FRCP Rule 23 the Counsel for the Plaintiffs will move this Honorable Court before District Judge Mae A. D'Agostino for an Order granting an award of attorney's fees and reimbursement of expenses as part of the parties proposed class action.  As per the Court's prior Order of September 13, 2012, granting preliminary approval of such settlement, Doc. 89, the date and time and place for this motion to be heard would be November 28, 2012, at 10:00 a.m. at the United States District Court in Albany, New York.

**This motion is unopposed as no objections to the proposed settlement have been filed in compliance with the Court's prior Order of September 13, 2012, Doc. 89, and defendant has consented to the relief sought in the motion.**

Dated this 15th day of November, 2012

                              Leon Greenberg Attorney at Law

                              By: /s/ *Leon Greenberg*
                              Leon Greenberg, Esq.
                              2965 South Jones Boulevard #E-4
                              Las Vegas, Nevada 89146
                              Tel (702) 383-6085
                              Fax (702) 383-6085
                              leongreenberg@overtimelaw.com
                              Attorney for Plaintiffs