# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

VIRGINIA M. ELLIOT, DEBORAH KNOBLAUCH,
JON FRANCIS, LAURA RODGERS and
JOHN RIVAS, individually and on behalf of all
others similarly situated,

                          **Plaintiffs,**

   vs.                                                   3:10-CV-0934
                                                                (MAD/DEP)

LEATHERSTOCKING CORPORATION,

                          **Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiffs' motion for final approval of the class action settlement (Dkt. No. 93) is **GRANTED;** it is further **ORDERED**, that plaintiffs' motion for an award of attorneys' fees and reimbursement of expenses (Dkt. No. 94) is **GRANTED**; it is further **ORDERED** that the parties distribute the settlement funds in accordance with the terms of the settlement agreement. The Court will retain jurisdiction for purposes of enforcing this settlement.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 4th day of December, 2012.

DATED: December 4, 2012

*[Signature]*
Clerk of Court

                                                  S/Britney Norton
                                                  Britney Norton
                                                  Deputy Clerk